UNITED STATES of America, Plaintiff–Appellee,

v.

Rodger A. GULLEDGE, Defendant–Appellant.

No. 12–10491

Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Nov. 9, 2012.

Steven E. Butler, Kenyen Ray Brown, Donna Barrow Dobbins, Deborah A. Griffin, U.S. Attorney's Office, Mobile, AL, for Plaintiff–Appellee.

Raymond Arthur Pierson, Attorney At Law, Mobile, AL, for Defendant–Appellant.

Rodger A. Gulledge, Edgefield, SC, pro se.

Before BARKETT, MARCUS and HILL, Circuit Judges.

PER CURIAM:

Raymond A. Pierson, appointed counsel for Robert Gulledge in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record re-

veals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Gulledge's conviction and sentence are **AFFIRMED.**